```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DONNY E. MAXWELL,
11            Petitioner,              No. CIV S-07-0571 MCE GGH P
12       vs.
13  M. C. KRAMER, et al.,
14            Respondents.             ORDER
15  _____/
```

16      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17 habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma
18 pauperis. In his application, petitioner challenges a conviction issued by the Kings County
19 Superior Court. Kings County is part of the Fresno Division of the United States District Court
20 for the Eastern District of California. See Local Rule 3-120(d).

21      Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
22 the proper division of a court may, on the court's own motion, be transferred to the proper
23 division of the court. Therefore, this action will be transferred to the Fresno Division of the
24 court. This court will not rule on petitioner's request to proceed in forma pauperis.

25 /////
26 /////

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3  2. This action is transferred to the United States District Court for the Eastern

4  District of California sitting in Fresno; and

5  3. All future filings shall reference the new Fresno case number assigned and

6  shall be filed at:

7  United States District Court
   Eastern District of California
8  2500 Tulare Street
   Fresno, CA 93721

9

10  DATED: 4/9/07

    /s/ Gregory G. Hollows
11  _____
    UNITED STATES MAGISTRATE JUDGE
12

13
    GGH:009
14  maxw0571.109

15

16

17

18

19

20

21

22

23

24

25

26