# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY E. MAXWELL, ) | 1:07-cv-0548 OWW TAG HC |
| Petitioner, ) | |
| ) | ORDER GRANTING IN FORMA PAUPERIS |
| v. ) | STATUS |
| ) | |
| M. C. KRAMER, et al., ) | [Doc. 2] |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **April 27, 2007**                                    **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE