

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DONNY E. MAXWELL,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:07-CV-00548 OWW/TAG HC

M.C. KRAMER, ET.AL.,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:

TIME BARRED PROVISION NOT DEBATEABLE AMONG JURISTS OF REASON.

Dated: 4-7-08

_____
OLIVER W. WANGER
United States District Judge